**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------ x

UNITED STATES OF AMERICA,

      -against-

GISETTE RIVERA,

      Defendant.

------------------------------------ x

ORDER

15 Cr. 487-15 (GBD)

GEORGE B. DANIELS, United States District Judge:

    The VOSR hearing scheduled for December 7, 2022, is adjourned to February 21, 2023, at 10:00 a.m.

Dated: New York, New York
       December 14, 2022

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge