
# FOY & SEPLOWITZ LLC
attorneys at law

105 MAIN STREET
HACKENSACK, NJ 07601
TEL: 201-457-0071
FAX: 201-457-0072

WWW.FOYSEPLOWITZ.COM

30 WALL STREET
8TH FLOOR
NEW YORK, NY 10005
TEL: 212-709-8230

February 16, 2023

**FILED VIA ECF**

Honorable George B. Daniels, USDJ
U.S. Courthouse
500 Pearl Street
New York, NY 10007

SO ORDERED:

*George B. Daniels*
George B. Daniels, U.S.D.J.
Dated: FEB 21 2023

Re:   *US v. Gisette Rivera*
      Dkt. # 15 cr 487
      **Adjournment Request**

Dear Judge Daniels:

On behalf of the defendant, Giselle Rivera, and with the consent of the Government, I am requesting that the February 21, 2023 violation of supervised release proceedings be adjourned March 21, 2023 at 10:15am. We are in the process of reaching an agreement that will likely involve programming to address the circumstances that resulted in the filing of a violation of the terms of supervised release. This is the second request for an adjournment.[1]

Thank you for your thoughtful consideration.

Sincerely,

**FOY & SEPLOWITZ LLC**

*Jason E. Foy*

**JASON E. FOY**
jfoy@foyseplowitz.com

cc:   AUSA Jared Lenow

---

[1] The first adjournment request was due to the hospitalization of Ms. Rivera.